IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RALPH W. PUCKETT, ET AL.                                          PLAINTIFFS

vs.                            CASE NO. **3:05CV267GH**

KENESAW LEASING, INC..                                           DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered this date, judgment is entered in favor of defendant and against plaintiffs on plaintiffs' claim against defendants. The complaint is hereby dismissed with prejudice. Judgment is entered in favor of counterclaimant against counterdefendants in the amount of $111,310.90 along with reasonable attorney's fees.

IT IS SO ORDERED this 3rd day of August, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-