IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RALPH W. PUCKETT, ET AL.                                                    PLAINTIFFS

vs.                                  CASE NO. **3:05CV267GH**

KENESAW LEASING, INC..                                                      DEFENDANT

### **ORDER**

On August 3, 2006, the Court found in favor of defendant/counterclaimant Kenesaw Leasing, Inc. (Kenesaw) on its counterclaim against plaintiffs Ralph Puckett and Emma K. Puckett (Pucketts) and entered judgment in favor of Kenesaw in the amount of $111,310.90 along with reasonable attorney's fees. The Court limited the attorney's fee to the amount Kenesaw actually incurred in pursuing its counterclaim. Kenesaw was directed to submit an itemization of the hours expended and counsel's hourly rate as well as expenses incurred within ten days of the entry of the order.

Kenesaw has filed a motion for attorney's fees. Kenesaw again argues that it is entitled to its attorney's fees for the work performed in defense of the original action. The Court has already considered this issue and is not persuaded that the August 3rd order should be amended.

Kenesaw's counsel requests a fee of $21,579.45 and costs in the amount of $1,107.16. The Court finds that the fee and costs requested are reasonable.

Accordingly, the motion for attorney's fees is granted in part and denied in part. Kenesaw is hereby awarded $21,579.45 in attorney's fees and costs of $1,107.16 from the Pucketts.

IT IS SO ORDERED this 5th day of September, 2006.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE